JAMES *v.* THE STATE OF GEORGIA.

DUCKWORTH, Justice.   The State constitution (Code, § 2-3005) clearly and explicitly defines the jurisdiction of the Court of Appeals and the Supreme Court.   The pleadings and evidence in this case do not involve such constitutional questions as bring it within the jurisdiction of the Supreme Court; nor are there equitable or other grounds that would

give the Supreme Court jurisdiction in this case. It is simply a procedure at law, and the motion for new trial invokes an application of constitutional provisions to the judgment of the trial court. Of all such questions the Court of Appeals, and not this court, has appellate jurisdiction. *Edwards* v. *McNair*, 152 *Ga.* 486 (110 S. E. 280); *Norman* v. *State*, 171 *Ga.* 527 (156 S. E. 203); *Williford* v. *State*, 184 *Ga.* 59 (190 S. E. 605); *Sanders* v. *State*, 186 *Ga.* 335 (197 S. E. 801); *Lunsford* v. *State*, 187 *Ga.* 162 (199 S. E. 808).

*Transferred to Court of Appeals. All the Justices concur.*

No. 13021. OCTOBER 10, 1939.

*Joe Hill Smith* and *Linton S. James,* for plaintiff in error.
*John A. Boykin, solicitor-general,* and *J. W. LeCraw,* contra.